K.C. Maxwell (State Bar No. 214701)
kmaxwell@bgrfirm.com
BROWNE GEORGE ROSS LLP
101 California Street, Suite 1225
San Francisco, CA 94111
Telephone: (415) 391-7100

Attorney for Defendant
ANYSSA HALL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROL BRYANT, et al.,<br><br>  Defendants. | No. CR 15-00508 YGR<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**<br><br>**[PROPOSED] ORDER** |

# STIPULATION

The parties hereby stipulate and agree, subject to the approval of the Court, that the conditions of Defendant Anyssa Hall's pretrial release shall be modified, pursuant to 18 U.S.C. Section 3142, to remove the ankle location monitoring device on Ms. Hall's person so long as Hall resides at a San Francisco halfway house designated by U.S. Pretrial Services and pending her final sentencing.

The parties report that Ms. Hall's pretrial services officer, Nelson Barao, has no opposition to the proposed stipulation.

Dated: June 28, 2017

Respectfully submitted,

BROWNE GEORGE ROSS LLP

By: /s/ K.C. Maxwell
K.C. Maxwell

Attorney for Defendant
ANYSSA HALL

Dated: June 28, 2017

By: /s/ Cynthia Stier
Cynthia Stier
Assistant United States Attorney

*The filing attorney certifies that she has received written authorization to file the Stipulation and [Proposed] Order on behalf of the non-filing attorney.

813184.1 — - 2 – — **STIPULATION TO MODIFY CONDITIONS ANYSSA HALL NO. CR 15-00508 YGR**

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | |
| 3 | Based on the foregoing Stipulation to Modify Conditions of Pretrial Release, |
| 4 | and for good cause shown, IT IS HEREBY ORDERED that the conditions of |
| 5 | Defendant Anyssa Hall's pretrial release shall be modified as follows: The location |
| 6 | monitoring device on Ms. Hall's person shall be removed, conditioned on Ms. Hall |
| 7 | residing in a San Francisco halfway house designated by U.S. Pretrial Services. |
| 8 | All of the remaining conditions of Ms. Hall's pretrial release shall remain in |
| 9 | full effect. |
| 10 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |

Dated: 6/29/17              _____/s/ Kandis Westmore_____
                            THE HON. UNITED STATES MAGISTRATE
                            JUDGE KANDIS WESTMORE